# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS FOOD COUNCIL,<br>INC., *et al.*,<br>Defendants. | Civil Action No. 1592 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>NATIONAL UNIT DISTRIBUTORS, INC.,<br>*et al.*,<br>Defendants. | Civil Action No. 2514 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GRINDING WHEEL MANUFACTURERS<br>ASSOCIATION, *et al.*,<br>Defendants. | Civil No. 6636 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BOSTON FRUIT & PRODUCE<br>EXCHANGE, *et al.*,<br>Defendants. | Civil No. 7734 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WOMEN'S SPORTSWEAR<br>MANUFACTURERS ASSOCIATION, *et al.*,<br>Defendants. | Civil Action No. 4029 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MINNESOTA MINING AND<br>MANUFACTURING COMPANY, *et al.*,<br>Defendants. | Civil Action No. 8119 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BOSTON MARKET TERMINAL CO., *et al.*,<br>Defendants. | Civil Action No. 6070 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>H. P. HOOD & SONS, INC., *et al.*,<br>Defendants. | Civil Action No. 7866 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>UNITED SHOE MACHINERY<br>CORPORATION,<br>　　　　Defendant. | Civil Action No. 7198 |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>LAWRENCE FUEL OIL INSTITUTE, INC.,<br>*et al.*,<br>　　　　Defendants. | Civil Action No. 55-544-M |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>LOWELL FUEL OIL DEALER<br>ASSOCIATES, INC., *et al.*,<br>　　　　Defendants. | Civil Action No. 55-586-W |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>HAVERHILL FUEL OIL DEALERS'<br>ASSOCIATION, *et al.*,<br>　　　　Defendants. | Civil Action No. 55-532-S |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>GOLD FILLED MANUFACTURERS<br>ASSOCIATION, INC., *et al.*,<br>　　　　Defendants. | Civil Action No. 56-295 W |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>NEW ENGLAND CONCRETE PIPE<br>CORPORATION, *et al.*,<br>　　　　Defendants. | Civil Action No. 57-631-A |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>CONCRETE FORM ASSOCIATION OF<br>CENTRAL NEW ENGLAND, *et al.*,<br>　　　　Defendants. | Civil Action No. 57-216-S |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>WHITIN BUSINESS EQUIPMENT<br>CORPORATION,<br>　　　　Defendant. | Civil Action No. 58-567-A |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>THE LAKE ASPHALT AND PETROLEUM CO. OF MASSACHUSETTS, *et al.*,<br>　　　　Defendants. | Civil Action No. 59-786-W |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>ALLIED CHEMICAL CORP., *et al.*,<br>　　　　Defendants. | Civil Action No. 59-784-S |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>BITUMINOUS CONCRETE ASSN., INC., *et al.*,<br>　　　　Defendants. | Civil Action No. 59-785-M |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>ALLIED APPLIANCE CO.,<br>　　　　Defendant. | Civil Action No. 62-482-F |

5

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>ASIATIC PETROLEUM CORPORATION, *et al.*,<br>        Defendants. | Civil Action No. 70-1807-M |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>CONVERSE RUBBER CORPORATION, *et al.*,<br>        Defendants. | Civil Action No. 72-2075-J |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>CITIES SERVICE CO., *et al.*,<br>        Defendants. | Civil Action No. 68-213-S |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br>        Defendant. | Civil Action No. 68-141-G |

**ORDER TERMINATING FINAL JUDGMENTS**

The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in these cases, and the Court having considered all

papers filed in connection with the motion, and the Court finding that it is appropriate to terminate the final judgments, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgments are hereby terminated.

Dated: 5\22\19

United States District Court Judge
District of Massachusetts

[signature] 5/22/19